UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

DELORIS BROWDER

    Plaintiff,

-vs-                                            CASE NO.: 1:17-CV-359

THREE RIVERS INVESTMENT, INC.
d/b/a ALWAYS MONEY

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, DELORIS BROWDER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DELORIS BROWDER, and Defendant, THREE RIVERS INVESTMENT, INC. d/b/a ALWAYS MONEY, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                              /s/Amy Ferrera, Esquire
                              Amy Ferrera, Esquire
                              Florida Bar #:  15313
                              *Admitted Pro Hac Vice*
                              Morgan & Morgan, Tampa,  P.A.
                              One Tampa City Center
                              201 N. Franklin Street, 7th Floor
                              Tampa, FL 33602
                              Tele:  (813) 223-5505
                              Fax:  (813) 559-4846
                              amferrera@forthepeople.com
                              amoore2@forthepeople.com
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jonathan P. Hoffman, Esquire, Balch & Bingham LLP, P.O. Box 306, Birmingham, AL  35201; Jason B. Tompkins, Esquire, Balch & Bingham LLP, P.O. Box 306, Birmingham, AL  35201 (jtompkins@balch.com)

                                                           */s/Amy Ferrera, Esquire*
                                                           Amy Ferrera, Esquire
                                                           Florida Bar #:  15313
                                                           *Admitted Pro Hac Vice*